

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00874-CR

George **GARCIA**, Jr.,
Appellant

v.

The **STATE** of Texas,

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-2210-CR-C
Honorable W.C. Kirkendall, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED February 18, 2015.

Luz Elena D. Chapa, Justice